

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-07-00008-CR

_____

CHARLES WHITLEY MICK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th Judicial District Court
Hopkins County, Texas
Trial Court No. 0618766

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Charles Whitley Mick appeals from his conviction by a jury for indecency with a child with J.H. and aggravated sexual assault on a child with J.H. The jury assessed his punishment at twenty years' and forty years' imprisonment, respectively, and $10,000.00 fines for each offense. Mick presently has five other convictions currently on appeal before this Court.[1]

On appeal, Mick contends the trial court erred by admitting a video recording of an interview by a state worker with another alleged victim, M.M.[2] He argues that this error is reversible because it leaves grave doubt that his conviction was free from the substantial influence of the error.

We addressed this issue in detail in our opinion of this date on his appeal in cause number 06-07-00004-CR. For the reasons stated therein, we likewise conclude that error has not been shown.

_____

[1]Mick appeals from six convictions. In cause number 06-07-00004-CR, he was convicted of aggravated sexual assault on M.M. and sentenced to forty years' imprisonment (concurrent). In cause number 06-07-00005-CR, he was convicted of aggravated sexual assault on M.M. and sentenced to forty years' imprisonment (concurrent). In cause number 06-07-00006-CR, he was convicted for indecency with a child with J.H. and sentenced to twenty years' imprisonment (concurrent). In cause number 06-07-00007-CR, he was convicted of indecency with a child with J.H. and sentenced to twenty years' imprisonment (concurrent). In 06-07-00008-CR, he was convicted of one count of indecency with a child with J.H. and sentenced to twenty years' imprisonment (concurrent), and one count of aggravated sexual assault on a child with J.H. and sentenced to forty years' imprisonment (consecutive to 0618762 (06-07-00004-CR)). In cause number 06-07-00009-CR, Mick was convicted of one count of aggravated sexual assault on J.H. and sentenced to forty years' imprisonment (concurrent), and one count of indecency with a child with J.H. and sentenced to twenty years' imprisonment (concurrent). In each conviction, the jury also assessed a $10,000.00 fine.

[2]Mick does not present a Confrontation Clause issue—M.M. testified at the trial.

We affirm the judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:     May 30, 2008
Date Decided:       June 2, 2008

Do Not Publish